1 | YOUR NAME   ASNKU AYALNEH
2 | YOUR ADDRESS   7227 Laddeck Ct., San Diego, CA 92114
  | YOUR TELEPHONE NUMBER   619-701-1147
3 |
  | SIMAGNE WEBEA
4 | 323 Lemon Lane
  | Lemon Grove, CA 91945
5 | 619-337-4119

FILED
2010 NOV 22  PM 12:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

ASNKU AYALNEH, SIMAGNE WEBEA, and John Does 1-100,
                        Plaintiffs,
        -v-
HILTON HOTEL MISSION VALLEY, a corporation, GREG COLE, AMY KONOPASEK,
                        Defendants.

Case No. '10 CV 2402   JLS POR
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)
EMPLOYMENT DISCRIMINATION PURSUANT TO CLASS ACTION ACT OF 2005 (CAFA)

Plaintiff alleges:

During the course of 11 years employment with Hilton Hotel Mission Valley plaintiff Asnku Ayalneh has trained new employees for the position held by her just to later see the same employees advance before plaintiff in both position and pay.

2. Plaintiff has no write ups or negative reports, evaluations or bad conduct reports in 11 years employed by defendants yet the plaintiff's work hours were cut. Plaintiff has not received any promotions in a 11 year period.

3. Plaintiff is constantly subjected to direct discrimination

:ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

1.

by manager Greg Cole who states plaintiff's African accent was unexceptable as an employee and that she does not know how to do her job.

4. Plaintiff allege that after reporting acts of discrimination on the work place Human Resources agent Amy Konopasek failed to investigate the case to resolve these issues of employment discrimination by manager Greg Cole nor was any action taken in the matter.

5. Plaintif alleges co-worker Simagne Webea and many other people of color are discriminated against by defendants in employment because of their race and national origin throughtout her 11 years employment with Hilton Hotel Mission Valley by all defendants.

6. Plaintiff alleges racial discrimination is an on going problem in the work place of Hilton Hotel Mission Valley against minorities and women.

7. Plaintiff Simagne Webea alleges she works under same circumstances as co-worker Asnku Ayalneh of same national origin being discriminated against by all defendants herein.

8. Plaintiff Simagne Webea has been employed by Hilton Hotel Mission Valley for approximately nine(9) years has no write ups,or negative reports,bad evaluations or otherwise at work. Plaintiff has not received any promotions in 9 years employed by defendants. Plaintiff's hours were cut to only a few hours per month which is not enough to pay her bills now.

9. Plaintiff's direct supervisor is Greg Cole who constantly discriminates against me making negative remards concerning my African accent. Defendant Greg Cole's discrimination acts extend to constant criticism about plaintiff's job performance.

10. Plaintiff alleges that during her 9 years of employment with Hilton Hotel Mission Valley she witnessed other people of color being discriminated against because of their race and national origin receiving none of the available higher positions with the company.

2.

11. Plaintiffs Asnku Ayalneh and Simagne Webea allege that during all acts of employment discrimination by defendants Greg Cole and Amy Konopasek defendants were employed by Hilton Hotel Mission Vally.

12. Plaintiff allege that at all times during federal violations stated herein defendants Greg Cole and Amy Konopasek acting as agents for the Hilton Hotel Mission Valley and all acts were committed within the scope of their agent's authority or apparent authority of employment, therefore triggering **respondeat superior.**

   **BLACKS LAW DICTIONARY** defines **respondeat superior**: Lat. Let the superior answer. Doctrine that a principal(master or employer) is liable for injuries proximately resulting from the negligent acts of his agent(servant or employee) when the acts are committed within the scope of the agent's authority or apparent authority of employment. The principal, who is deemed to act through his agents, maintains a duty to conduct his affairs so as not to injure others, and is thus liable for the negligent acts of his agent.

                                   **JURISDICTION**

A. Jurisdiction is invoked pursuant to Title VII of the federal Civil Rights Act of 1964, Amendment XIV. of the United States Constitution and the Class Action Act of 2005(CAFA).

B. **Request for Relief**

   Plaintiffs request that this Court grant the following relief:

1. An injunction preventing defendant(s) from continuing their behavior of employment discrimination against people of color.

2. Class Action Certification Order pursuant to The 2003 amendments to Rule 23(c)(1).

3. Damages in the sum of $7,500,000.00

4. Punitive damages in the sum of $ what this Court deems fair.

C. Demand for Jury Trial

   Plaintiffs demands a trial by jury.

D. Plaintiffs request that a district judge be designated to decide dispositive matters and trial in this case.

RESPECTFULLY SUBMITTED this 22nd day of NOVEMBER, 2010.

By _Asnaku Ayalneh_
ASNKU AYALNEH
IN PROPRIA PERSONA

_Simagne Webea_
SIMAGNE WEBEA
IN PROPRIA PERSONA

4.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ASNKU AYANNEH, SIMAGNE WEBEA, and John Does 1-100

**(b)** County of Residence of First Listed Plaintiff: SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
IN PROPRIA PERSONA

## DEFENDANTS
HILTON HOTEL MISSION VALLEY, a corporation, GREG COLE, AMY KONOPASEK,

County of Residence of First Listed Defendant: SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
'10 CV 2402 JLS POR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | [x] 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / **PRISONER PETITIONS** ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | [x] 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | | ☐ 535 Death Penalty | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Equal Employment Opportunity Act of 1972, Civil Rights Act of 1964
42:1983ed
Brief description of cause: Discrimination at the work place.

## VII. REQUESTED IN COMPLAINT:
[x] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 7,500,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 11-22-10
SIGNATURE OF ATTORNEY OF RECORD
Asnakia Ayanneh    Simne [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IFP's Pending